No. 2248. PEOPLE, APPELLEE, *v.* LAGUÉ, APPELLANT.—District Court of Arecibo. Burglary. Decided March 26, 1924. It being impossible to pass upon the questions raised by the defendant because they refer to the evidence which was not brought up and no fundamental error appearing to have been committed, the judgment was affirmed.

No. 3012. PORTO RICO FERTILIZER CO., APPELLEE, *v.* GANDÍA, APPELLANT.—First District Court of San Juan. Decided March 28, 1924. Complaint having been filed for the fulfilment of an obligation and praying that the defendant refund a certain sum alleged to have been unduly received, and the petition for attachment being in accordance with the Act to secure the effectiveness of judgments, which, as amended in 1916, does not require as formerly the averment in the petition of the facts and legal grounds, the order appealed from was affirmed.